# Third District Court of Appeal

## State of Florida

Opinion filed May 6, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2396
Lower Tribunal No. 3-23623
_____

**Christopher Isidore,**
Petitioner,

vs.

**The State of Florida,**
Repondent.

A Case of Original Jurisdiction—Ineffective Assistance of Appellate Counsel.

Christopher Isidore, in proper person.

Pamela Jo Bondi, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for respondent.

Before SALTER, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Pursuant to Rule 9.141(d) of the Florida Rules of Appellate Procedure, Christopher Isidore filed with this Court a petition alleging ineffective assistance of Isidore's appellate counsel. Isidore's petition asserts two grounds: (1) Isidore's appellate brief raised only a minor procedural error, to the exclusion of the substantive issue that resulted in Isidore's incarceration (i.e. whether the trial court's finding of Isidore's probation violation was based on competent substantial evidence); and (2) Isidore's appellate counsel failed to detect and raise the issue of improperly calculated jail credit.

Based on the State's confession of error on the second issue, we grant the petition insofar as it relates to the calculation of Isidore's jail credit, and remand the case to the trial court for such recalculation. In all other respects, we deny the petition.

Petition denied in part and granted in part; remanded as provided herein.